# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HAWA KOUROUMA, : | |
| : | CIVIL ACTION NO. |
| Petitioner, : | 1:07-CV-2859-CAM-JFK |
| : | |
| vs. : | |
| : | |
| UNITED STATES ATTORNEY GENERAL; : | |
| UNITED STATES DEPARTMENT OF : | |
| HOMELAND SECURITY; CITIZENSHIP & : | |
| IMMIGRATION SERVICES; IMMIGRATION : | |
| & CUSTOMS ENFORCEMENT; SHERIFF : | |
| ETOWAH COUNTY JAIL, : | |
| : | |
| Respondents. : | |

### PLAINTIFF'S OBJECTION TO RESPONDENTS' REPORT AND RECOMMENDATION IN MOTION REQUESTING AN ORDER AUTHORIZING RESPONDENTS TO ADMINISTER MEDICAL TREATMENT TO FACILITATE PETITIONER'S REMOVAL

COMES NOW  Petitioner Hawa Kourouma, by and through her counsel, hereby respectfully  petitions this Honorable Court, to object to this Report and Recommendation, and Respondents should not be authorized to administer sedatives for the express and sole purpose of facilitating Petitioner's removal.

INTRODUCTION

Hawa Kourouma ("Petitioner or Kourouma"), is currently detained in the Columbia Care Center in Columbia, South Carolina.  Petitioner has two United States citizen daughters, Kouohou Franchesca Zakaud born on 9/09/1992 and Sarah Zakaud, born on 09/01/1997. Petitioner has resisted her deportation to Guinea because she is afraid that female genital mutilation ("FGM") that was done to her will be also done to her daughters if they were to join

her in Guinea following her deportation.  Petitioner is not being disrespectful to United States Immigration Laws by refusing to depart voluntarily but she believes that her life would be practically over if she were returned to Guinea.  Also, she has developed cysts in her breasts while in detention and cannot get adequate care if returned to Guinea.  In order to maintain family unity with her children and prevent her United Citizen daughters from undergoing Female Genital Mutilation in Guinea, Petitioner objects to the report and recommendation based on humanitarian grounds.

## BACKGROUND

Petitioner, Hawa Kourouma, has been in the custody of the Bureau of Immigration and Customs Enforcement ("ICE") since April 1, 2007.  Petitioner's refusal to depart the United States voluntarily is based on FGM practiced extensively in Guinea, which will most likely be done to her daughters if they join their mother after her deportation.   Petitioner was also raped and her return would be a traumatic experience and a practical end to her life.  Petitioner is not refusing to leave just to disrespect the laws of the United States and on the contrary, Petitioner respects the laws and has no criminal record except for her immigration case.

Petitioner and her daughters are pleading with this court, to consider any relief based on humanitarian grounds, that would to prevent Hawa Kourouma from being sedated and deported to Guinea.

## CONCLUSION

For the foregoing reason, this Court should not adopt the Respondents' Report and Recommendation, to Administer Medical Treatment to Facilitate Petitioner's Removal. Petitioner should be released on an order of supervision, and be allowed to remain in the United

States based on Humanitarian grounds.  Petitioner's daughter will petition for her mother when she turns twenty one.

Respectfully submitted this 5th day of December 2008.

_____
Michael Boakye-Danquah
GA Bar No. 143168

Boakye-Danquah, LLC.
2152 Fountain Square
Snellville, GA 30078
Office:  770-979-0102
Cell:  770-841-6671
Fax:  770-979-6050